**SO ORDERED.**

**SIGNED February 29, 2012.**

_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**
_____

**In The United States Bankruptcy Court**
**For The Western District of Louisiana**
**"Lake Charles Division"**

| | |
|---|---|
| In re: JEREMY and SUSAN POWERS | Case No: 10-20683 |
| Debtors | Chapter 13 |

**ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NUMBER 10-1**

Due notice having been given to eCast Settlement Corporation to the Objection to Proof of Claim Number 10-1 in which eCast Settlement Corporation alleges to have a claim in the amount of $1,758.59 and the court considering the creditor's failure to respond and the law and the evidence to be in favor thereof:

**IT IS ORDERED** that Claim Number 10-1 filed by eCast Settlement Corporation be denied.

###

Respectfully submitted:
**THE WILLIS LAW FIRM, LLC**

/s/ Romelzy Willis, Jr.
Romelzy Willis, Jr. (# 27689)
217 West 6th Avenue
PO Box 1368
Oberlin, Louisiana 70655-1368
Phone: (337) 639-4600
Fax: (337) 639-4697